UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | |
| JAMAL AKHTER,<br>Defendant, | )<br>) | CASE NO.  W-13-CR-052(1)-WSS |
| and | )<br>)<br>) | |
| NEW YORK LIFE INSURANCE<br>COMPANY,<br>Garnishee. | )<br>)<br>) | |

## WRIT OF GARNISHMENT

GREETINGS TO:       New York Life Insurance Company
c/o C T Corporation System
111 8th Avenue
New York,  NY 10011

An application for a Writ of Garnishment against the property of Defendant Jamal Akhter has been filed with this Court.  A criminal judgment has been entered against the above-named Defendant in favor of the United States of America in the amount of  $295,837.64 comprised of (restitution of $295,737.64, and a special assessment of $100.00).  The current balance of  $295,812.64, according to the records of the United States District Clerk for the Western District of Texas,  remains due and owing as of February 11, 2014.   The judgment bears interest at the rate of 0%.   The judgment was issued in a criminal matter.   Under the Mandatory Victim Restitution Act (MVRA), 18 U.S.C. § 3613(a)(1), the United States may enforce a criminal judgment imposing a fine or restitution against all property or right to property of the defendant, "notwithstanding any other Federal law..." subject to certain exemptions, which are not applicable in this matter.

Pending further order of this court, and pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee New York Life Insurance Company, shall withhold and retain any property in which the Defendant Jamal Akhter has a substantial non-exempt interest and for which it is or may become indebted to the Defendant, until further order of the Court.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, possession, or control, or anticipate receiving any property in which the Defendant has a substantial non-exempt interest. You may use the attached form for this purpose, if you wish. You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Clerk at: United States Courthouse, 800 Franklin Ave., Suite 380, Waco, TX 76701. Additionally, you are required by law to serve a copy of your answer upon the Defendant Jamal Akhter, Reg. No. 14268-380, FCI Bastrop, Satellite Camp, P.O. Box 629, Bastrop, TX 78602. You must also serve a copy of your answer upon the United States Attorney, Western District of Texas, Attn: Kristy K. Callahan, Assistant United States Attorney, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

Under the law, there is property which is exempt from this writ of garnishment. Property which is exempt and which may not be subject to this order is described on the attached form.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the court for an order requiring you to appear before the court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the court may enter a judgment against you for the value of the Defendant's non-exempt property. It is unlawful to pay or deliver to the Defendant any item attached by this writ.

This writ is continuing in nature and shall be terminated only if one of the following conditions are met: (1) the court issues an order quashing the writ, (2) the property in your possession, custody, or control in which the Defendant has a substantial nonexempt interest is exhausted (with certain exceptions set out in 28 U.S.C. § 3205(c)(10)(B)), or (3) the debt with respect to which the writ is issued is satisfied.

DATED this _10th_ day of _April_.

_Amber L. Ditto_
UNITED STATES DISTRICT CLERK
WESTERN DISTRICT OF TEXAS