UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>v.<br><br>JAMAL AKHTER,<br>   Defendant,<br><br>and<br><br>NEW YORK LIFE INSURANCE<br>COMPANY,<br>   Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.  W-13-CR-052(1)-WSS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION TO UNSEAL GARNISHMENT DOCUMENTS

The United States of America, by and through the United States Attorney for the Western District of Texas, and the undersigned Assistant United States Attorney, files this Motion to Unseal Garnishment Documents. In support of the Motion, the Movant would show the following:

The Garnishee New York Life Insurance Company has been served with the writ of garnishment. It is no longer necessary for these proceedings to be sealed. The United States of America therefore moves this Court to unseal the following documents:

- Government's Motion to Seal Garnishment Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Notice of Substitution of Counsel;
- Application for Writ of Garnishment;
- Order for Issuance of Writ of Garnishment;
- Writ of Garnishment;
- Clerk's Notice of Post-Judgment Garnishment; and
- Any other documents filed pertaining to this garnishment proceeding.

Respectfully submitted,

ROBERT PITMAN
United States Attorney

By: */s/ Kristy K. Callahan*
**KRISTY K. CALLAHAN**
Assistant United States Attorney
Mississippi Bar No. 101255
601 NW Loop 410, Suite 600
San Antonio, TX 78216
T: (210) 384-7255
F: (210) 384-7247
Kristy.Callahan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on **May 19, 2014**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

New York Life Insurance Company
c/o C T Corporation System
1999 Bryan Street, Ste. 900
Dallas, Texas 75201-3136

Jamal Akhter
Reg. No. 14268-380
FCI Bastrop - Satellite Camp
P.O. Box 629
Bastrop, TX 78602

*/s/ Kristy K. Callahan*
**KRISTY K. CALLAHAN**
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   Plaintiff, | ) ) ) |
| v. | ) ) |
| **JAMAL AKHTER,**   Defendant, | ) ) ) **CASE NO. W-13-CR-052(1)-WSS** |
| and | ) ) ) |
| **NEW YORK LIFE INSURANCE COMPANY,**   Garnishee. | ) ) ) ) |

## ORDER UNSEALING DOCUMENTS

The United States of America has moved to unseal previously filed documents. The Court finds that there is no longer a need to seal documents herein because garnishee to this garnishment proceeding has been noticed with the writ. The Court therefore grants the motion and orders that previously sealed documents filed in the garnishment proceeding be unsealed, to-wit:

- Motion to Seal Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Notice of Substitution of Counsel;
- Application for Writ of Garnishment;
- Order for Issuance of Writ of Garnishment;
- Writ of Garnishment;
- Clerk's Notice of Post-Judgment Garnishment; and
- Any other document filed under seal in this garnishment proceeding.

IT IS SO ORDERED.

DATED: _____     _____
**WALTER S. SMITH, JR.**
UNITED STATES DISTRICT JUDGE